# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN BENNETT,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UBER TECHNOLOGIES, INC., a corporation, RASIER, LLC, a Delaware Limited Liability Company, RASIER-CA, LLC, a Delaware Limited Liability Company, RUSLAN OLAYIVOLA, and DOES 1 through 30, Inclusive,<br><br>　　　　Defendants. | Case No.: 2:19-cv-00188 CJC (SKx)<br>[Los Angeles County Superior Court<br>Case No.: 18STCV07273]<br><br>**ORDER GRANTING JOINT STIPULATION AND CONSENT TO REMAND** |

Pursuant to the joint stipulation and consent to remand of Plaintiff Justin Bennett and removing Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC and good cause appearing, it is hereby ordered:

1. Plaintiff's entire action is hereby remanded to the Superior Court of the State of California, County of Los Angeles.

2. All other matters currently scheduled in this federal action are hereby advanced to this date and vacated.

IT IS SO ORDERED, this 16th day of January, 2019.

_____
Judge Carney